01
02
03
04
05

06         UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  RICHARD VANWECHEL,              )
                                    ) CASE NO. C10-1554-JLR-MAT
09      Plaintiff,                  )
                                    )
10      v.                          ) ORDER GRANTING LIMITED
                                    ) EXTENSION OF TIME OF BRIEFING
11  MICHAEL J. ASTRUE,              ) SCHEDULE
    Commissioner of Social Security,)
12                                  )
        Defendant.                  )
13  _____)

14       Plaintiff filed a Motion for Extension of Time to the parties' briefing schedule. (Dkt. 15)

15  The motion requests a 59-day extension because plaintiff's counsel is drafting a brief for the

16  Ninth Circuit Court of Appeals. (Dkt. 16)   The request for a nearly two month extension is

17  excessive, and the Court declines to grant it.   Plaintiff is granted a 30-day extension, and the

18  briefing schedule is amended as follows:

19       Plaintiff's Opening Brief:          February 14, 2011

20       Defendant's Responsive Brief:       March 14, 2011

21       Plaintiff's optional Reply Brief:   March 28, 2011

22  ///

ORDER GRANTING LIMITED EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01        The Court urges both parties to carefully consider any future extension requests in this

02 case, since a second extension would likely preclude any additional extensions to either party.

03        DATED this 14th day of January, 2011.

                                          _____
                                          Mary Alice Theiler
                                          United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -2