UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RICHARD VANWECHEL,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No.  C10-1554-JLR-MAT<br><br><br>~~PROPOSED~~ ORDER AMENDING<br>THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 13, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including April 27, 2011, to file an optional reply brief.

**This is the second stipulated extension of the briefing schedule.  No further extensions will be granted absent extraordinary circumstances.**

DATED this <u>16th</u> day of March, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　　ORDER - [C10-1554-JLR-MAT]

Presented by:

s/ Brett E. Eckelberg
BRETT E. ECKELBERG, WSB #42479
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA  98104-7075
Telephone:  (206) 615-3748
Fax:  (206) 615-2531
brett.eckelberg@ssa.gov