FILED —— ENTERED
—— LODGED —— RECEIVED

APR 20 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

**10-CV-01554-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD VANWECHEL, | ) CASE NO. C10-1554-JLR |
| Plaintiff, | ) |
| v. | ) ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties filed a stipulated motion to reverse and remand this case for further

administrative proceedings.  (Dkt. 22.)  It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court REVERSES and REMANDS this matter for further administrative

proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 20th day of ____April____, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1

